UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                             CASE NO.: 11-25523-BKC-LMI
                                                                   Chapter 7
**ARNOLDO ANTONIO RAMIREZ**
SSN: XXX-XX-7204
_____Debtor._____/

### JOEL L. TABAS, TRUSTEE'S MOTION TO PAY
### FINDER'S FEE AS ADMINISTRATIVE EXPENSE OF THE ESTATE

Joel L. Tabas, as Chapter 7 Trustee (the "Trustee") of Arnoldo Antonio Ramirez (the "Debtor"), through counsel and pursuant to 11 U.S.C. § 503(b)(1)(A), files his Motion to Pay Finder's Fee as Administrative Expense of the Estate (the "Motion") and in support thereof, states as follows:

**I.     Background**

1.     This case commenced with the filing of a voluntary Chapter 7 Petition by the Debtor on June 3, 2011 (the "Petition Date").  Joel L. Tabas is the duly appointed Chapter 7 Trustee.

2.     On April 18, 2012, the Trustee filed a Report of No Distribution [ECF No. 62].

3.     Upon information and belief, Dan Davies, Manager of Discovery Resources LLC ("Discovery Resources"), contacted the Debtor regarding an unscheduled bank account with a balance of $126,150.33 (the "Unscheduled Asset") belonging to the Debtor.

4.     Upon information and belief, the Debtor requested that Discovery Resources withhold information relating to the Unscheduled Asset from the Trustee.

5.     Shortly thereafter, Discovery Resources contacted the Trustee regarding the Unscheduled Asset.

6.     On May 3, 2012, in order to administer the Unscheduled Asset, the Trustee filed the Trustee's Notice to Withdrawal the Report of No Distribution [ECF No. 63].

Case No.: 11-25523-BKC-LMI

7. Discovery Resources has agreed to introduce the Trustee to the Unscheduled Asset for the benefit of the Estate.

8. As a result of the filing of the Petition, the Unscheduled Asset is property of the Estate.

## II. Relief Requested

9. In order to compensate Discovery Resources for discovering and informing the Trustee of the existence of the Unscheduled Asset, the Trustee seeks to pay Discovery Resources a finder's fee, as an administrative expense of the Estate.

10. The Trustee seeks to pay Discovery Resources a finder's fee of twenty-five percent (25%) of the funds recovered by the Estate, in accordance with the Contingency Fee Agreement attached hereto as Exhibit "A" and incorporated by reference.

11. The Trustee believes that a twenty-five percent (25%) finder's fee is fair and reasonable in light of the work performed by Discovery Resources and the significant asset its efforts uncovered for the Estate.

12. A similar application to pay a finder's fee as an administrative expense under 11 U.S.C. § 503(b)(1)(A) was approved in *In re Foundation Group Systems, Inc.*, 141 B.R. 196 (Bankr. E.D. Cali. 1992).

13. Attached hereto as Exhibit "B" and incorporated by reference is the affidavit of Dan Davies, on behalf of Discovery Resources, demonstrating that Discovery Resources does not have any claims against the Debtor and does not have any interests adverse to the Trustee or to the Estate.

Case No.: 11-25523-BKC-LMI

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Arnoldo Antonio Ramirez, respectfully requests this Honorable Court enter an Order (1) granting this Motion to Pay Finder's Fee as Administrative Expense of the Estate (2) authorizing the Trustee to pay Discovery Resources LLC a finder's fee of twenty-five percent (25%) of the funds recovered by the Estate, and (3) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on May 4, 2012, to the parties who are currently on the list to receive e-mail notice/service for this case; and via U.S. Mail to all interested parties on the attached service list.

Respectfully submitted,

 /s/ Joel L. Tabas
Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman, Soloff, Miller & Brown, P.A.
Attorneys for Joel L. Tabas, Trustee
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Telefax:  (305) 381-7708
JTabas@tabasfreedman.com

# CONTINGENCY FEE AGREEMENT

This Agreement is made by and between Joel Lloyd Tabas, as Trustee of Chapter 7 Bankruptcy Case # 1125523, Debtor Arnoldo Antonio Ramirez, (herein referred to as CLIENT) and Discovery Resources LLC, (hereafter referred to as COMPANY).

**1. RECITALS:** This agreement is made with reference to the following facts and circumstances.

    a) COMPANY is in the business of processing claims for funds it has located.

    b) CLIENT is eligible to claim approximately $126,150.33

**2. PERFORMANCE:**

    a) COMPANY will advance all costs and perform all reasonable duties necessary to obtain the funds.

    b) COMPANY agrees to provide all forms and documents required to process the claim.

    c) CLIENT authorizes COMPANY to act as their exclusive agent to process a claim.

    d) CLIENT agrees to <u>sign and return all documents to COMPANY within three (3) days.</u>

    e) Upon receipt, COMPANY agrees to provide CLIENT with a written disclosure regarding the nature of the funds.

    f) Both parties agree to cooperate fully with all reasonable requests from the other in performance of this Agreement.

**3. COMPENSATION:**

    a) *CLIENT and COMPANY agree that this Agreement is contingent upon CLIENT actually receiving CLIENT'S share of the funds. In the event the claim is not paid, all parties are released of their duties and obligations under this Agreement and CLIENT will have no obligation whatsoever to compensate COMPANY.*

    b) CLIENT and COMPANY agree to a 25% contingency fee.

    c) Under no circumstances is CLIENT responsible for paying any of COMPANY' expenses.

    d) For clarification, COMPANY is ONLY entitled to 25% of the funds that are actually collected.

**4. MISCELLANEOUS PROVISIONS:**

    a) *Counterparts and Facsimile Transmission* – This Agreement may be signed in counterparts. A signed copy of this Agreement received by fax shall be deemed an original.

EXHIBIT "A"

Contingency Agreement        Page 1        5/02/2012

b) *Governing Law, Venue, and Relief* – This Agreement shall be governed under the laws of the State of Florida. In the event a dispute arises by either party, the venue shall be in Broward County, Florida. The prevailing party shall be entitled to reasonable attorney's fees and other relief awarded by the Court.

c) *Binding* – This Agreement is binding upon all heirs, successors in interest, and assigns.

Dated this 2nd day of May, 2012

*[signature]*

Dan Davies, Manager
Authorized Signature for Discovery Resources LLC
2215 Cypress Island Dr. #608
Pompano Beach, FL 33069
Phone: 954-822-2310
Fax: 954-301-2363
www.godiscovery.net

Dated this _____ day of May, 2012

_____  _____
Claimant's Signature        Phone

_____  _____
Print Claimant's Name       Fax

_____  _____
Claimant's Signature        Address

_____  _____
Print Claimant's Name       City          State         Zip

**Please sign and fax this agreement to 1 (954) 301-2363 as soon as possible.
We will contact you immediately thereafter.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 11-25523-BKC-LMI
 Chapter 7
**ARNOLDO ANTONIO RAMIREZ**
SSN: XXX-XX-7204
_____Debtor._____/

### AFFIDAVIT OF DAN DAVIES

STATE OF FLORIDA )
 )ss:
COUNTY OF MIAMI-DADE )

BEFORE ME, the undersigned authority, personally appeared Dan Davies, who after being duly sworn in, deposes and says as follows:

a) I am over the age of 18 years, have personal knowledge of the facts contained herein, and am competent to testify.

b) I am the manager of Discovery Resources LLC, 2215 Cypress Island Dr. # 608, Pompano Beach, Florida 33069.

c) I am familiar with the Trustee's Motion to Pay Finder's Fee as an Administrative Expense of the Estate (the "Motion") to which this Affidavit is attached, and the matter described therein.

d) I do not have any pre-petition or other claim against the Debtor or the Estate.

e) I do not have any connection with the Debtor, other than the work performed described in the Motion.

f) I do not have any interests adverse to the Trustee or the Estate.





Case No.: 11-25523-BKC-LMI

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Dan Davies

THE FOREGOING INSTRUMENT was acknowledged before me this 4th day of May 2012, by Dan Davies, who is personally known to me or has produced FL Driver Lic for identification.

_____
Notary Public, State of Florida

My Commission Expires:



IVETTE PILLO
MY COMMISSION # DD941007
EXPIRES: November 17, 2013
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.

| | | |
|---|---|---|
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 | (p)FOCUS RECEIVABLES<br>MANAGEMENT LLC<br>1130 NORTHCHASE PARKWAY STE 150<br>MARIETTA GA 30067-6429 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)PORTFOLIO RECOVERY<br>ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| 420 Lincoln Raod Associates, Ltd.<br>420 Licoln Road Building<br>Miami Beach, FL 33139-3019 | ~~A Water Fantaseas, Inc.~~<br>~~420 Lincoln Road, Suite 3360~~<br>~~Miami Beach, FL 33139-3019~~ | AMO Recoveries<br>5655 Peachtree Parkway, Suite 213<br>Norcross, GA 30092-2828 |
| AT&T<br>c/o CBCS<br>PO Box 163250<br>Columbus, OH 43216-3250 | AT&T<br>c/o Jack R. Creel & Associates<br>PO Box 801083<br>Houston, TX 77280-1083 | Allied Interstate, Inc.<br>3000 Corporate Exchange Drive<br>5th Floor<br>Columbus, OH 43231-7723 |
| American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 | American Express<br>PO Box 360002<br>Fort Lauderdale, FL 33336-0002 | Andreu, Palma & Andreu, PL<br>701 SW 27th Avenue, Suite 900<br>Miami, FL 33135-3000 |
| **Arnoldo Antonio Ramirez**<br>**1521 Alton Road, Apt. 802**<br>**Miami Beach, FL 33139-3301** | Atlantic Broadband<br>PO Box 371801<br>Pittsburgh, PA 15250-7801 | Atlas Acquisitions<br>294 Union St<br>Hackensack, NJ 07601-4303 |
| Banc of America Leasing and Capital, LLC<br>PO Box 100918<br>Atlanta, GA 30384-0918 | Bank of America<br>101 N Tryon Street<br>Charlotte, NC 28255-0001 | Bank of America<br>101 Tryon Street<br>Charlotte, NC 28255-0001 |
| Bank of America<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Bank of America<br>c/o Frederick J. Hanna & Associates, P.C<br>1427 Roswell Road<br>Marietta, GA 30062-3668 | Bank of America, N.A.<br>c/o Blake J. Delaney, Esq.<br>401 E. Jackson St.<br>Suite 2500<br>Tampa, FL 33602-5236 |
| Bank of New York<br>1 Wall Street<br>New York, NY 10286-0001 | Bray & Lunsford, PA<br>421 W. Church Street<br>Jacksonville, FL 32202-4173 | Buchanan Ingersoll & Rooney, PC<br>c/o Timothy P. Palmer, Esq.<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219-1412 |
| California Bank & Trust<br>2399 Gateway Oaks Drive, #110<br>Sacramento, CA 95833-4251 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One<br>c/o Coface Collections North America<br>PO Box 8510<br>Metairie, LA 70011-8510 |

| | | |
|---|---|---|
| Capital One Bank, USA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase<br>201 North Central Avenue, Floor 17<br>Phoenix, AZ 85004-1000 | Citibank (South Dakota, N.A.<br>PO Box 183051<br>Columbus, OH 43218-3051 |
| Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-9816 | Creditor Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225-1470 | Dell Commercial Credit<br>PO Box 689020<br>Des Moines, IA 50368-9020 |
| Diner Club<br>PO Box 6003<br>The Lakes, NV 88901-6003 | Enhanced Recovery Corporation<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Fantaseas Holdings, LLC<br>1521 Alton Road, #802<br>Miami Beach, FL 33139-3301 |
| Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 | Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | GC Services<br>PO Box 46960<br>Saint Louis, MO 63146-6960 |
| GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | GE Money Bank<br>c/o Midland Credit Management, Inc.<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | HSBC Saks<br>PO Box 10327<br>Jackson, MS 39289-0327 |
| Integrity Financial Partners, Inc.<br>4370 W. 109th Street<br>Suite 100<br>Leawood, KS 66211-1316 | JPMorgan Chase Bank<br>c/o Marion Taylor, VP<br>201 North Central Avenue<br>Floor 17<br>Phoenix, AZ 85004-1000 | Joe M. Grant<br>601 S. Federal Hwy #202<br>Boca Raton, FL 33432-5548 |
| Mercantile Adjustment Bureau, LLC<br>PO Box 7016<br>Buffalo, NY 14231 | Mercedes-Benz Financial<br>PO Box 77860<br>Fort Worth, TX 76177-0860 | Merchants Association Collection<br>PO Box 2842<br>Tampa, FL 33601-2842 |
| Michelle M. Niemeyer, Esq.<br>3250 Mary Street, Suite 302<br>Miami, FL 33133-5232 | Midland Credit Management, Inc.<br>PO Box 60578<br>Los Angeles, CA 90060-0578 | Murano Grande at Portofino Condo<br>c/o Ricardo A. Gomez, Esq.<br>Hyman Spetor & Mars, LLP<br>150 West Flagler Street, 27th Floor<br>Miami, FL 33130-1536 |
| My Heritage, LLC<br>1648 Diplomat Drive<br>Carrollton, TX 75006-6847 | NCO Financial Systems Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2368 | National Action Financial Services<br>PO Box 9027<br>Buffalo, NY 14231-9027 |
| PNC Bank<br>c/o David Savage, VP<br>205 Datura Street<br>West Palm Beach, FL 33401-5603 | Patrick A. Carey, P.A.<br>c/o Patrick A. Carey, Esq.<br>10967 Lake Underhill Road, Unit 125<br>Orlando, FL 32825-4454 | Prince-Parker & Associates, Inc.<br>8625 Crown Crescent Court<br>Charlotte, NC 28227-6793 |

| | | |
|---|---|---|
| RSM McGladrey, Inc.<br>100 NE Third Avenue, Suite 300<br>Fort Lauderdale, FL 33301-1164 | Regions Bank<br>c/o Barbara Mravic, VP<br>2800 Ponce De Leon Blvd.<br>Miami, FL 33134-6913 | Rubin & Debski, P.A.<br>PO Box 47718<br>Jacksonville, FL 32247-7718 |
| Rubin & Debski, P.A.<br>c/o Aaron M. Velmosky, Esq.<br>PO Box 47718<br>Jacksonville, FL 32247-7718 | Saks Fifth Avenue<br>c/o HSBC Bank Nevada, N.A.<br>PO Box 5224<br>Carol Stream, IL 60197-5224 | Shutts & Bowen, LLP<br>c/o Don A. Lynn, Esq.<br>200 E. Broward Blvd., Suite 2100<br>Fort Lauderdale, FL 33301-1972 |
| Small Business Administration<br>c/o Bruce Duston<br>2120 Riverfront Drive, Suite 100<br>Little Rock, AR 72202-1794 | U.S. Small Business Administration<br>200 West Santa Ana Blvd., Suite 180<br>Santa Ana, CA 92701-4134 | United Recovery Systems, Inc.<br>PO Box 722929<br>Houston, TX 77272-2929 |
| Wachovia<br>c/o Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3208 | Wachovia<br>c/o NCO Financial Systems<br>PO Box 15740<br>Wilmington, DE 19850-5740 | Wagner & Hunt, P.A.<br>PO Box 934788<br>Pompano Beach, FL 33093-4788 |
| Wells Fargo<br>PO Box 29746<br>Phoenix, AZ 85038-9746 | Wells Fargo<br>c/o Accounts Receivables Management, Inc<br>PO Box 129<br>Thorofare, NJ 08086-0129 | |