

ORDERED in the Southern District of Florida on June 14, 2013.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              CASE NO.:  11-25523-BKC-LMI
                                                                    Chapter 7
**ARNOLDO ANTONIO RAMIREZ**
SSN: XXX-XX-7204
             Debtor(s).           /

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE (A) COMPROMISE AND SETTLEMENT BETWEEN TRUSTEE AND SMALL BUSINESS ADMINISTRATION AND (B) PAYMENT OF FINDER'S FEE AS ADMINISTRATIVE EXPENSE

**THIS CAUSE** having come before the Court on June 10, 2013 at 10:30 a.m. upon Joel L. Tabas, Trustee's Motion to Approve (A) Compromise and Settlement Between Trustee and Small Business Administration and (B) Payment of Finder's Fee as Administrative Expense (the "Motion") [ECF No. 85], and the Court, having reviewed the Motion, having reviewed Discovery Resources LLC's Motion to Intervene and Objection to Compromise and Settlement Between Trustee and Small Business Administration [ECF No.

Case No. 11-25523-BKC-LMI

88], having heard the argument of counsel, and based on the record, which is incorporated herein by reference, it is

**ORDERED** as follows:

1. The Motion is granted in its entirety.

2. The Trustee is authorized to pay $90,000.00 to the Small Business Administration (the "SBA") without further Order from the Court.

3. The Trustee is authorized to pay $10,000.00 to Discovery Resources, LLC (the "Finder") without further Order from the Court.

**###**

Submitted by:
Joel L. Tabas, Esq.
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
One Flagler Building
14 N.E. First Avenue, Penthouse
Miami, FL 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
joel@tabasfreedman.com

Copy furnished to:
Joel L. Tabas, Esq.
Joel L. Tabas, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.