UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CASE NO.:  11-25523-BKC-LMI
Chapter 7

**ARNOLDO ANTONIO RAMIREZ**
_____ Debtor(s). _____/

### SUMMARY OF TRUSTEE'S COUNSEL'S FIRST INTERIM FEE APPLICATION

| | | |
|---|---|---|
| 1. | Name of Applicant: | *Tabas, Freedman, Soloff, Brown & Rigali, P.A.* *f/k/a Tabas, Freedman, Soloff, Miller & Brown, P.A.* |
| 2. | Role of Applicant: | *Attorneys for Trustee, Joel L. Tabas* |
| 3. | Name of Certifying Professional: | *Joel L. Tabas* |
| 4. | Date case filed: | June 3, 2011 |
| 5. | Date of application for employment: | July 20, 2011 |
| 6. | Date of order approving employment: | July 25, 2011 *nunc pro tunc* to July 15, 2011 |
| 7. | If debtor's counsel, date of Disclosure of Compensation Form | *N/A* |
| 8. | Date of this application: | July 16, 2013 |
| 9. | Dates of services covered: | *July 15, 2011 - July 16, 2013* |
| 10. | Balance in estate to date | *$24,340.11* |
| | **Fees...** | |
| 11. | Total fee requested for this period (from Exhibit 1): | $   23,266.50 |
| 12. | Balance remaining in fee retainer account, not yet awarded: | $   0.00 |
| 13. | Fees paid or advanced for this period, by other sources: | $   0.00 |
| 14. | **Net amount of fee requested for this period:** | $   20,000.00[1] |
| | **Expenses...** | |
| 15. | Total expense reimbursement requested for this period: | $   1,602.58 |
| 16. | Balance remaining in expense retainer account, not yet received: | $   0.00 |
| 17. | Expenses paid or advanced for this period, by other sources: | $   0.00 |
| 18. | **Net amount of expense reimbursements requested for this period** | $   1,602.58 |
| 19. | Gross award requested for this period (#11 + #15) | $   24,869.08 |
| 20. | **Net award requested for this period (#14 + #18)** | $   21,602.58 |
| 21. | **If _Final_ Fee Application, amounts of net awards requested in interim applications but _not previously awarded_ (total from History of Fees and Expenses, following pages):** | $ |
| 22. | **Final fee and expense award requested (#20 + #21)** | $   21,602.58 |

---

[1] Applicant voluntarily reduces its total requested compensation from $23,266.50 to $20,000.00.

### Fee Application

Tabas, Freedman, Soloff, Brown & Rigali, P.A. f/k/a Tabas, Freedman, Soloff, Miller & Brown, P.A. (the "Applicant"), counsel for Joel L. Tabas, the duly-appointed Trustee (the "Trustee"), applies for final compensation for fees for services rendered and costs incurred in this Chapter 7 proceeding.  This Application is filed pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rules of Bankruptcy Procedure, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B).   The exhibits attached to this application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B" - Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.  The requested fees are itemized to the tenth of an hour.

This Application covers 80.2 hours of legal services rendered in this Chapter 7 case from July 15, 2011 through July 16, 2013 ("Interim Fee Period").  Fees in the actual sum of $23,266.50 were incurred by Applicant during the Interim Fee Period and are shown on Exhibit "3" attached hereto. However, due to the amount of funds collected in this estate, Applicant voluntarily reduces the amount of compensation from $23,266.50 to $20,000.00.  Additionally, during the Interim Fee Period, Applicant has expended and/or incurred costs in the amount of $1,602.58.  Applicant believes that the requested fee of $20,000.00 is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977), as follows:

1.      The General Nature of the Services Rendered; the Amounts Involved and the Results Obtained. This case was commenced on June 3, 2011, with the filing of the Debtor's voluntary Chapter 7 petition, and Joel L. Tabas being appointed Trustee.  On July 25, 2011, the Court entered an order approving the employment of Applicant as Trustee's counsel, *nunc pro tunc* to July 15, 2011.  The time, effort and diligence expended by Applicant were substantial, and the courses of action chosen proved to be beneficial for the estate.  The services rendered by Applicant have aided the Trustee in the collection of approximately $126,105.33 recovered in the estate to date.  The Trustee has disbursed funds totaling $101,765.22 pursuant to orders of this Court authorizing disbursement of funds and general administrative expenses.  The balance of funds on hand as of July 16, 2013, was $24,340.11.  The actions undertaken by Applicant which resulted in the collection of the $126,105.33 are summarized as follows:

2

A.    Asset Analysis and Recovery:

(1)  During the Interim Fee Period, Applicant reviewed and analyzed the Debtor's petition, schedules, statement of financial affairs and documents produced to the Trustee in an effort to determine the value of the Debtor's assets over and above the allowable exemptions. After a review of the initial documents provided by the Debtor, Applicant determined that additional information and documentation was necessary to administer the estate.  Applicant communicated with Debtor's counsel to obtain same.   In addition, Applicant prepared and served a notice of taking Rule 2004 examination of the Debtor and also prepared and served re-notices for the Debtor's Rule 2004 examination to gain a better understanding of the Debtor's financial and asset profile.  Prior to the taking of the Rule 2004 examination of the Debtor, and in an abundance of caution, Applicant prepared and filed Trustee's Objection to Debtor's Claim of Exemption and Valuation of Scheduled Property (the "Objection") [ECF 43].  After notice and hearing, on October 3, 2011, the Court entered an Order Sustaining the Objection (the "Objection Order") [ECF 50].   Applicant spent additional time preparing for and conducting the Debtor's Rule 2004 examination.

Based upon the Debtor's Schedules, documents provided and testimony at the Debtor's Rule 2004 examination, on April 18, 2012, the Trustee filed a Report of No Distribution [ECF 62].  Thereafter, Dan Davies, Manager of Discovery Resources LLC ("Discovery Resources") contacted Applicant regarding a potential $126,150.33 unscheduled asset belonging to the Debtor.  Accordingly, Applicant prepared and filed Trustee's Motion for Payment of Finder's Fee as Administrative Expense to Discovery Resources (the "Finder's Fee Motion") [ECF 66]. Applicant prepared for and attended a hearing on the Finder's Fee Motion, which was denied without prejudice. At the hearing on Finder's Fee Motion, Applicant learned that the unscheduled asset were funds that were being held in the state court registry, resulting from the foreclosure sale of the Debtor's property located at 400 Alton Road, #3106, Miami Beach, Florida 33139.  Applicant pursued the funds in the state court registry.  After obtaining the funds from the state court registry, which required filing a motion and attending a hearing on same, and doing a very thorough investigation into the foreclosure action, which involved complicated issues relating to the United States' entitlement to surplus proceeds following a foreclosure sale, Applicant reached out to the Small Business Administration (the "SBA") regarding their potential interest in the surplus proceeds.

At or around the same time that Discovery Resources reached out to us, another entity reached out to the Trustee and the Assistant United States Trustee (the "AUST") regarding

other potential undisclosed assets and issues in the case.  Applicant spent an extensive amount of time conducting an investigation relating to the claims identified by the third party.

After preparing and serving subpoenas on various financial institutions and reviewing the documents obtained, Applicant compared those with the documents previously provided by the Debtor.  Accordingly, Applicant scheduled the Debtor for and conducted a second Rule 2004 examination of the Debtor to determine whether the Debtor was aware of the surplus proceeds, and to determine whether there were other undisclosed assets and issues in the case. However, it took months to work out a deal with the SBA regarding the surplus proceeds (all the while Applicant continued to research the SBA's entitlement to same).

Debtor's counsel constantly reached out to Applicant regarding the status of the case, and Applicant also prepared for and attended a status conference.

(2)    Applicant spent approximately 47.8 billable hours and incurred approximately $14,665.00 in professional fees in analyzing the Trustee's ability to recover monies for the Estate.

B.    <u>Asset Disposition</u>:

(1)  During the Interim Fee Period, Applicant continued to negotiate a settlement with the SBA and prepared the documents necessary to effectuate same.  However, when Applicant finally reached a settlement with the SBA, Applicant advised Discovery Resources of the settlement and Discovery Resources agreed to accept $10,000.00 as a finder's fee. Accordingly, Applicant prepared and filed a motion to approve the settlement, Discovery Resources filed a response objecting to the settlement and its new attorney reached out to the Trustee threatening to bring suit if the Trustee did not pay Discovery Resources a more substantial finder's fee.  Additionally, counsel for Discovery Resources was adamant that the SBA was not entitled to any money, which the Applicant thoroughly researched.  Applicant prepared for and attended hearing on same.  The matter was resolved and Applicant was authorized to pay Discovery Resources a finder's fee of $10,000.00. *See* ECF 90.

(2)    Applicant spent approximately 13.7 billable hours and incurred approximately $3,785.00 in professional fees in connection with such services.

B.    <u>Additional Categories</u>:

Additional legal services were performed under the headings "Case Administration" and "Fee/Employment Applications" that are not specifically emphasized in this Application.  However, without the performance of these actions Applicant could not have achieved the results stated herein.

4

2.      The Time and Labor Required.  The time records, (see Exhibit "3" attached hereto), document the hours expended by Applicant in performing professional legal services on behalf of the Trustee.  These records merely paraphrase the time devoted to the many aspects of this matter and they do not fully convey the quality, character or importance of services performed nor the priority accorded this proceeding by Applicant.

3.      Novelty and Difficulty of the Services.  The instant case required a moderate level of skill and perseverance and the procedural aspects of this case to date have been ordinary.

4.      The Skill Requisite to Perform the Legal Services Properly.  Applicant has drawn upon the judgment, experience and substantive legal knowledge of partners and associates specializing in the fields of bankruptcy law, creditors' rights, commercial law, and civil litigation to perform the services rendered on the Trustee's behalf.

5.      The Preclusion of Other Employment by the Attorney Due to Acceptance of the Case.  Applicant was not precluded from accepting other employment as a result of its representation of the Trustee.  However, had Applicant not accepted this appointment, the time spent on this case might have been devoted to other matters paying substantial hourly compensation on a current basis, rather than at the successful conclusion of the case.

6.      The Customary Fee.  The hourly rates of Tabas, Freedman, Soloff, Brown & Rigali, P.A., are set forth on the attached Exhibit "1-A" and reflect the hourly rates billed by Applicant during the pendency of this matter.

7.      Whether the Fee is Fixed or Contingent.  As counsel for the Trustee, Applicant's compensation for handling this matter is essentially contingent.  This additional risk should be taken into consideration and Applicant's compensation should be enhanced to compensate its assumption of the risk of non-payment and delay in payment.  See Jones v. Central Soya Co., Inc., 748 F.2d 586, 591 (11th Cir. 1984); In re Elmendorf Board Corp.; 57 B.R. 580 (Bankr. D.N.H. 1986).

8.      Time Limitations Imposed by the Client or Other Circumstances:  Applicant was mindful of the desires of the Trustee to complete administration of this case expeditiously.

9.      The Experience, Reputation and Ability of the Attorneys.  Tabas, Freedman, Soloff, Brown & Rigali, P.A. is an established law firm that has experience in civil litigation and bankruptcy and commercial law.  Joel L. Tabas, a partner with the firm, is an experienced and respectable attorney who has been known to this Court since 1985.

10.     The "Undesirability" of the Case.  Applicant is honored to have been employed by the Trustee and approved by the Court to serve as the Trustee's counsel in this proceeding.

5

11.    <u>Nature and Length of the Professional Relationship with the Client</u>.  Applicant has frequently served as counsel to the Trustee.

12.    <u>Awards in Similar Cases</u>.  The amount petitioned for by Applicant is not unreasonable in terms of awards in cases of like magnitude and complexity.  The fees and costs requested by Applicant comport with the standards set forth in 11 U.S.C. § 330 for compensation of professionals.

WHEREFORE, Applicant, Tabas, Freedman, Soloff, Brown & Rigali, P.A., respectfully petitions that they be allowed an award of compensation, pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, in the amount of $20,000.00, plus reimbursement of expenses in the amount of $1,602.58, for a total amount of **$21,602.58** requested for Applicant's services and costs during the Interim Fee Period.

Dated: July 16, 2013.                    /s/ Joel L. Tabas
                                         Joel L. Tabas
                                         Florida Bar No. 516902
                                         Tabas, Freedman, Soloff, Brown & Rigali, P.A.
                                         Attorneys for Trustee, Joel L. Tabas
                                         14 N.E. First Avenue, PH
                                         Miami, Florida  33132
                                         Telephone:  (305) 375-8171
                                         Telefax:    (305) 381-7708

## **CERTIFICATION**

1.      I have been designated by Tabas, Freedman, Soloff, Brown & Rigali, P.A. (the "Applicant") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance:

_____ NONE _____.

Tabas, Freedman, Soloff, Brown & Rigali, P.A. · One Flagler Building, 14 Northeast First Avenue, Penthouse, Miami, Florida 33132 · (305) 375-8171

CASE NO.:  11-25523-BKC-LMI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Application, with all exhibits, was served this

16th day of July, 2013

via electronic transmission to:

Atlas Acquisitions      bk@atlasacq.com
Jeffrey P. Bast     jbast@bastamron.com,
jdepina@bastamron.com;dquick@bastamron.com;jmiranda@bastamron.com;afiorentino@bast
amron.com
Blake J Delaney      blake.delaney@bipc.com,
megan.dobson@bipc.com;donna.curcio@bipc.com
Elias Leonard Dsouza      dtdlaw@aol.com,
dtdlaw@gmail.com;melissadsouzalegal@gmail.com;lesleydsouzalegal@gmail.com
Joe M. Grant      jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com
Office of the US Trustee      USTPRegion21.MM.ECF@usdoj.gov

U.S. Mail to:

Arnoldo Antonio Ramirez
1521 Alton Road, Apt. 802
Miami Beach, FL 33139

BMW Financial Services NA, LLC Department
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

                                    /s/ Joel L. Tabas
                                    Joel L. Tabas
                                    Florida Bar No. 516902
                                    Tabas, Freedman, Soloff, Brown & Rigali, P.A.
                                    Attorneys for Trustee, Joel L. Tabas
                                    14 N.E. First Avenue, PH
                                    Miami, Florida  33132
                                    Telephone:   (305) 375-8171
                                    Telefax:     (305) 381-7708

8

# EXHIBIT "1-A"
## Summary of Professional and
## Paraprofessional Time
## Total per Individual
## for this Period Only

| Name | Partner, Associate, or Paraprofessional | Year Licensed | Total Hours | Hourly Rate | Total Fees |
|------|------|------|------|------|------|
| G. M. FREEDMAN | Partner | 1987 | 0.30 | 525.00 | 157.50 |
| J. L. TABAS | Partner | 1985 | 6.80 | 525.00 | 3,570.00 |
| J. L. TABAS | Partner | 1985 | 2.10 | 550.00 | 1,155.00 |
| C. E. O'DONELL | Associate | 2011 | 22.10 | 225.00 | 4,972.50 |
| C. E. O'DONELL | Associate | 2011 | 36.10 | 250.00 | 9,025.00 |
| J.M. ARCE | Associate | 2009 | 0.10 | 250.00 | 25.00 |
| A. B. SIMINOVSKY | Associate | 2009 | 0.20 | 325.00 | 65.00 |
| M. C. SAROFSKY | Associate | 2007 | 0.40 | 325.00 | 130.00 |
| M. C. SAROFSKY | Associate | 2007 | 0.20 | 350.00 | 70.00 |
| M. S. KISH | Associate | 2001 | 6.60 | 400.00 | 2,640.00 |
| M. S. ROHER | Associate | 1999 | 2.00 | 425.00 | 850.00 |
| V. J. RADOSEVICH | Paralegal | N/A | 0.40 | 175.00 | 70.00 |
| L. M. SHORTINO | Paralegal | N/A | 2.90 | 185.00 | 536.50 |
| Blended Hourly Rate | | | | 290.11 | |
| Total Fees | | | 80.20 | | 23,266.50 |

**EXHIBIT "1-B"**
**SUMMARY OF PROFESSIONAL AND**
**PARAPROFESSIONAL TIME BY**
**ACTIVITY CODE CATEGORY FOR**
**THIS TIME PERIOD ONLY**

### Asset Analysis and Recovery

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| V. J. RADOSEVICH | 0.10 | 175.00 | 17.50 |
| C. E. O'DONELL | 15.70 | 225.00 | 3,532.50 |
| C. E. O'DONELL | 16.80 | 250.00 | 4,200.00 |
| A. B. SIMINOVSKY | 0.20 | 325.00 | 65.00 |
| M. C. SAROFSKY | 0.40 | 325.00 | 130.00 |
| M. C. SAROFSKY | 0.20 | 350.00 | 70.00 |
| M. S. KISH | 5.80 | 400.00 | 2,320.00 |
| M. S. ROHER | 2.00 | 425.00 | 850.00 |
| G. M. FREEDMAN | 0.30 | 525.00 | 157.50 |
| J. L. TABAS | 5.70 | 525.00 | 2,992.50 |
| J. L. TABAS | 0.60 | 550.00 | 330.00 |
| Totals | 47.80 | | 14,665.00 |

### Asset Disposition

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| C. E. O'DONELL | 12.50 | 250.00 | 3,125.00 |
| J. L. TABAS | 1.20 | 550.00 | 660.00 |
| Totals | 13.70 | | 3,785.00 |

### Case Administration

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| V. J. RADOSEVICH | 0.30 | 175.00 | 52.50 |
| C. E. O'DONELL | 6.40 | 225.00 | 1,440.00 |
| C. E. O'DONELL | 6.80 | 250.00 | 1,700.00 |
| J.M. ARCE | 0.10 | 250.00 | 25.00 |
| M. S. KISH | 0.80 | 400.00 | 320.00 |
| J. L. TABAS | 0.60 | 525.00 | 315.00 |
| J. L. TABAS | 0.30 | 550.00 | 165.00 |
| Totals | 15.30 | | 4,017.50 |

### Fee/Employment Applications

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| L. M. SHORTINO | 2.90 | 185.00 | 536.50 |
| J. L. TABAS | 0.50 | 525.00 | 262.50 |
| Totals | 3.40 | | 799.00 |

# EXHIBIT "2"
# Summary of Requested Reimbursement of Expenses
# for this Time Period Only

| | | |
|---|---|---|
| 1. | Filing Fees | 0.00 |
| 2. | Process Service Fees | 0.00 |
| 3. | witness Fees | 249.10 |
| 4. | Court Reporter & Transcripts | 316.00 |
| 5. | Lien and Title Searches | 0.00 |
| 6. | Photocopies (in-house copies) | 626.51 |
| 7. | Photocopies (outside copies) | 0.00 |
| 8. | Postage | 227.50 |
| 9. | Overnight Delivery Charges | 0.00 |
| 10. | Outside Courier/Messenger Services | 0.00 |
| 11. | Long Distance Telephone Charges | 0.00 |
| 12. | Long Distance Fax Transmission | 0.00 |
| 13. | Computerized Reseach | 0.00 |
| 14. | Out of Southern District of Florida Travel | 0.00 |
| 15. | Other (not specifically disallowed; must specify and justify) | 183.47 |
| | TOTAL GROSS AMOUNT OF REQUESTED DISBURSEMENTS | 1,602.58 |

# EXHIBIT "3"
# ITEMIZED EXPENSES

**Court Copy Service**

| | | |
|---|---|---|
| 08/13/12 | Court Copy Service | 10.50 |
| | Sub-total | 10.50 |

**Court Reporter/Transcripts**

| | | |
|---|---|---|
| 09/23/11 | Court Reporter/Transcripts- Deposition of Arnold Antonio Ramirez | |
| | | 140.00 |
| 11/15/12 | Court Reporter/Transcripts- Veritext | 125.00 |
| 03/04/13 | Court Reporter/Transcripts- Ouellette & Mauldin | |
| | | 51.00 |
| | Sub-total | 316.00 |

**Photocopy Charge**

| | | |
|---|---|---|
| 07/27/11 | Photocopy Charge | 22.20 |
| 07/27/11 | Photocopy Charge- Mail Out | 14.66 |
| 09/15/11 | Photocopy Charge | 12.00 |
| 05/04/12 | Photocopy Charge | 111.00 |
| 05/09/12 | Photocopy Charge | 0.15 |
| 05/09/12 | Photocopy Charge | 11.10 |
| 05/09/12 | Photocopy Charge | 10.95 |
| 05/25/12 | Photocopy Charge | 0.15 |
| 05/25/12 | Photocopy Charge | 0.60 |
| 05/25/12 | Photocopy Charge | 0.60 |
| 05/25/12 | Photocopy Charge | 0.60 |
| 05/25/12 | Photocopy Charge | 0.15 |
| 05/25/12 | Photocopy Charge | 0.15 |
| 05/25/12 | Photocopy Charge | 0.15 |
| 05/25/12 | Photocopy Charge | 0.15 |
| 05/25/12 | Photocopy Charge | 0.15 |
| 05/25/12 | Photocopy Charge | 0.15 |
| 05/29/12 | Photocopy Charge | 0.15 |
| 05/29/12 | Photocopy Charge | 0.15 |
| 05/29/12 | Photocopy Charge | 0.15 |
| 05/30/12 | Photocopy Charge | 1.50 |
| 05/30/12 | Photocopy Charge | 0.15 |
| 06/12/12 | Photocopy Charge | 0.30 |
| 06/12/12 | Photocopy Charge | 0.15 |
| 06/12/12 | Photocopy Charge | 11.10 |
| 06/27/12 | Photocopy Charge | 1.50 |
| 06/27/12 | Photocopy Charge | 0.15 |
| 07/06/12 | Photocopy Charge | 0.30 |
| 07/06/12 | Photocopy Charge | 0.15 |
| 07/18/12 | Photocopy Charge | 1.20 |
| 08/01/12 | Photocopy Charge | 0.15 |
| 08/01/12 | Photocopy Charge | 0.15 |
| 08/01/12 | Photocopy Charge | 0.15 |
| 08/01/12 | Photocopy Charge | 0.15 |

| Date | Description | Amount |
|---|---|---|
| 08/01/12 | Photocopy Charge | 0.15 |
| 08/01/12 | Photocopy Charge | 0.15 |
| 08/01/12 | Photocopy Charge | 0.15 |
| 08/01/12 | Photocopy Charge | 0.15 |
| 08/01/12 | Photocopy Charge | 0.15 |
| 10/15/12 | Photocopy Charge | 0.15 |
| 10/15/12 | Photocopy Charge | 0.30 |
| 03/08/13 | Photocopy Charge | 0.30 |
| 03/08/13 | Photocopy Charge | 0.60 |
| 03/08/13 | Photocopy Charge | 0.30 |
| 03/08/13 | Photocopy Charge | 0.45 |
| 03/08/13 | Photocopy Charge | 0.45 |
| 03/08/13 | Photocopy Charge | 0.30 |
| 03/08/13 | Photocopy Charge | 0.45 |
| 03/08/13 | Photocopy Charge | 0.90 |
| 03/08/13 | Photocopy Charge | 0.45 |
| 03/08/13 | Photocopy Charge | 0.15 |
| 03/08/13 | Photocopy Charge | 0.15 |
| 03/08/13 | Photocopy Charge | 125.25 |
| 05/15/13 | Photocopy Charge | 237.60 |
| 05/15/13 | Photocopy Charge | 0.75 |
| 05/15/13 | Photocopy Charge | 0.45 |
| 05/15/13 | Photocopy Charge | 0.45 |
| 05/15/13 | Photocopy Charge | 2.55 |
| 05/15/13 | Photocopy Charge | 0.15 |
| 05/15/13 | Photocopy Charge | 0.15 |
| 05/17/13 | Photocopy Charge | 21.60 |
| 05/17/13 | Photocopy Charge | 0.45 |
| 05/17/13 | Photocopy Charge | 0.45 |
| 05/17/13 | Photocopy Charge | 0.15 |
| 06/07/13 | Photocopy Charge | 3.30 |
| 06/07/13 | Photocopy Charge | 0.15 |
| 06/07/13 | Photocopy Charge | 1.05 |
| 06/07/13 | Photocopy Charge | 1.05 |
| 06/14/13 | Photocopy Charge | 0.30 |
| 06/14/13 | Photocopy Charge | 0.30 |
| 06/18/13 | Photocopy Charge | 21.60 |
| 06/18/13 | Photocopy Charge | 0.45 |
| 06/18/13 | Photocopy Charge | 0.15 |
| | Sub-total | 626.51 |

**Postage**

| 07/27/11 | Postage | 32.56 |
|---|---|---|
| 05/04/12 | Postage | 37.80 |
| 05/08/12 | Postage | 37.80 |
| 05/25/12 | Postage | 1.95 |
| 05/25/12 | Postage | 17.85 |
| 06/12/12 | Postage | 33.30 |
| 05/17/13 | Postage | 33.12 |
| 06/18/13 | Postage | 33.12 |
| | Sub-total | 227.50 |

**Westlaw Research**

| 10/01/11 | Westlaw Research | 17.91 |
|---|---|---|
| 06/01/12 | Westlaw Research | 6.02 |

| | | |
|---|---|---:|
| 07/01/12 | Westlaw Research | 48.35 |
| 08/01/12 | Westlaw Research | 16.84 |
| 09/01/12 | Westlaw Research | 34.02 |
| 11/01/12 | Westlaw Research | 6.94 |
| 01/01/13 | Westlaw Research | 5.73 |
| 03/01/13 | Westlaw Research | 37.16 |
| | Sub-total | 172.97 |

**Witness Fees**

| | | |
|---|---|---:|
| 08/22/12 | Subpoena Processing- Wells Fargo Bank NA | |
| | | 29.20 |
| 08/22/12 | Subpoena processing- Wells Fargo Bank NA | 219.90 |
| | Sub-total | 249.10 |
| | TOTAL COSTS | 1,602.58 |

**EXHIBIT "3"**
**SUMMARY OF PROFESSIONAL AND**
**PARAPROFESSIONAL TIME BY**
**ACTIVITY CODE CATEGORY**

<u>**Asset Analysis and Recovery**</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| 1879905 | 08/01/11 | MSR | Review and analyze petition and schedules and email to debtors' counsel requesting dates for rule 2004 examination and extension of deadline to object to discovery | 0.40 | 425.00 | 170.00 |
| 1879924 | 08/01/11 | MSR | Telephone conference with debtor's counsel to discuss scheduling rule 2004 examination | 0.20 | 425.00 | 85.00 |
| 1882270 | 08/03/11 | JLT | Review agreed ex parte motion to extend time to file objections to claimed exemptions | 0.10 | 525.00 | 52.50 |
| 1889967 | 08/05/11 | JLT | Review order on motion to extend time | 0.10 | 525.00 | 52.50 |
| 1891184 | 08/10/11 | MSR | Preparation of notice of take rule 2004 examination of debtor | 0.50 | 425.00 | 212.50 |
| 1892679 | 08/11/11 | JLT | Review notice of taking rule 2004 examination duces tecum of A Ramirez | 0.10 | 525.00 | 52.50 |
| 1895330 | 08/24/11 | MSR | Follow-up with debtor's counsel regarding rescheduling 2004 examination | 0.10 | 425.00 | 42.50 |
| 1896240 | 08/26/11 | JLT | Review notice of taking rule 2004 examination duces tecum of A Ramirez | 0.10 | 525.00 | 52.50 |
| 1909017 | 09/15/11 | MSK | Prepare for and depose debtor; prepare memorandum to M. Roher and J. Tabas regarding same | 4.60 | 400.00 | 1,840.00 |
| 1909128 | 09/15/11 | MSR | Conference with M. Kish to discuss Rule 2004 examination of debtors | 0.30 | 425.00 | 127.50 |

| 1909362 | 09/16/11 | JLT | Review asset analysis | 0.20 | 525.00 | 105.00 |
| 1909747 | 09/19/11 | MSK | Prepare objection to claimed exemptions | 0.30 | 400.00 | 120.00 |
| 1911508 | 09/20/11 | JLT | Review objection to debtor's claim of exemptions | 0.10 | 525.00 | 52.50 |
| 1911558 | 09/21/11 | JLT | Review notice of hearing on objection to exemptions | 0.10 | 525.00 | 52.50 |
| 1938959 | 10/12/11 | MSK | Receipt and review amended schedules; communicate with staff regarding scheduled new deadlines | 0.20 | 400.00 | 80.00 |
| 1941694 | 11/09/11 | JLT | Review asset analysis | 0.20 | 525.00 | 105.00 |
| 1950858 | 11/09/11 | MSK | Receipt and review amended schedules and supporting documentation from debtor; prepare memo to file regarding same | 0.60 | 400.00 | 240.00 |
| 2031222 | 03/15/12 | MSK | Prepare and send e-mail to J. Grant re: case status | 0.10 | 400.00 | 40.00 |
| 2055023 | 05/03/12 | MSR | Review and analyze file and emails from debtor's counsel and confer with Trustee regarding same | 0.50 | 425.00 | 212.50 |
| 2055385 | 05/03/12 | VJR | Receipt and review email from J. Tabas regarding reopening case | 0.10 | 175.00 | 17.50 |
| 2070433 | 05/03/12 | CEO | Receipt and review e-mail from J. Tabas regarding unscheduled asset | 0.30 | 225.00 | 67.50 |
| 2070434 | 05/03/12 | CEO | Initial case review | 0.30 | 225.00 | 67.50 |
| 2065880 | 05/17/12 | CEO | Receipt and review e-mail from UST regarding unscheduled bank accounts; telephone call to special agent; review docket regarding hearing on motion to pay finder | 0.30 | 225.00 | 67.50 |
| 2065881 | 05/17/12 | CEO | Communicate (other external) with UST regarding debtor and status of case | 0.30 | 225.00 | 67.50 |
| 2064772 | 05/18/12 | JLT | Review memoranda regarding federal investigation | 0.30 | 525.00 | 157.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2065857 | 05/18/12 | CEO | Telephone call to special agent regarding bank accounts | 0.10 | 225.00 | 22.50 |
| 2065810 | 05/20/12 | CEO | Conference with J. Tabas regarding unscheduled assets | 0.20 | 225.00 | 45.00 |
| 2065706 | 05/21/12 | CEO | Receipt and review e-mail from UST regarding additional bank account | 0.10 | 225.00 | 22.50 |
| 2065708 | 05/21/12 | CEO | Communicate (other external) with agent regarding missing assets and course of action; prepare and send email to agent regarding same | 0.30 | 225.00 | 67.50 |
| 2067528 | 05/24/12 | CEO | Communicate (other external) with UST regarding back accounts | 0.10 | 225.00 | 22.50 |
| 2068487 | 05/25/12 | CEO | Communicate (other external) with finder regarding location of funds | 0.20 | 225.00 | 45.00 |
| 2068488 | 05/25/12 | CEO | Review schedules, statement of financial affairs and documentation produced and correspondence in docman | 1.50 | 225.00 | 337.50 |
| 2068489 | 05/25/12 | CEO | Prepare subpoena and Schedule A for each bank account provided by the agent for homeland security | 0.50 | 225.00 | 112.50 |
| 2069765 | 05/30/12 | CEO | Communicate (in firm) with M. Roher regarding hearing | 0.10 | 225.00 | 22.50 |
| 2070669 | 06/04/12 | JLT | Conference with C.O'Donnell regarding asset recoveries | 0.20 | 525.00 | 105.00 |
| 2070942 | 06/04/12 | CEO | Legal research regarding funds in escrow from foreclosure | 0.80 | 225.00 | 180.00 |
| 2071667 | 06/05/12 | CEO | Receipt and review letter from bank regarding subpoena | 0.20 | 225.00 | 45.00 |
| 2071668 | 06/05/12 | CEO | Communicate (other external) with bank servicer regarding subpoena | 0.20 | 225.00 | 45.00 |
| 2072214 | 06/06/12 | CEO | Communicate (other external) with bank regarding documents requested in subpoena | 0.20 | 225.00 | 45.00 |
| 2082614 | 06/11/12 | CEO | Receipt and review letter from counsel for finder regarding motion to release funds from state court | 0.20 | 225.00 | 45.00 |

| 2082617 | 06/11/12 | CEO | Conference with J. Tabas regarding finder's counsel motion on behalf of the trustee | 0.10 | 225.00 | 22.50 |
| 2082618 | 06/11/12 | CEO | Communicate (other external) with counsel for the finder who filed motion to release funds | 0.20 | 225.00 | 45.00 |
| 2082621 | 06/11/12 | CEO | Receipt and review letter from Bank of America regarding subpoena | 0.10 | 225.00 | 22.50 |
| 2082622 | 06/11/12 | CEO | Receipt and review letter from Wells Fargo regarding subpoena | 0.10 | 225.00 | 22.50 |
| 2083230 | 06/12/12 | CEO | Receipt and review message from debtor's counsel | 0.10 | 225.00 | 22.50 |
| 2083231 | 06/12/12 | CEO | Receipt and review letter from Wells Fargo regarding subpoena | 0.10 | 225.00 | 22.50 |
| 2087795 | 06/21/12 | CEO | Receipt and review documents from bank regarding commercial loan | 0.20 | 225.00 | 45.00 |
| 2091411 | 06/28/12 | CEO | Receipt and review bank statements from Wells Fargo | 0.60 | 225.00 | 135.00 |
| 2091431 | 06/29/12 | CEO | Review/analyze motion to pay finder's fee; review case law on same | 0.80 | 225.00 | 180.00 |
| 2091909 | 07/02/12 | JLT | Conference with C. O'Donnell regarding asset recovery efforts | 0.20 | 525.00 | 105.00 |
| 2092544 | 07/03/12 | CEO | Communicate (other external) with counsel for finder of excess funds regarding motion for administrative expenses | 0.20 | 225.00 | 45.00 |
| 2092545 | 07/03/12 | CEO | Prepare and send e-mail to counsel of finder of excess funds regarding motion to pay finder's fee and case law regarding same | 0.30 | 225.00 | 67.50 |
| 2092546 | 07/03/12 | CEO | Continued work on motion to release funds from state court registry | 0.30 | 225.00 | 67.50 |
| 2092575 | 07/03/12 | CEO | Receipt and review telephone message from mortgage company regarding subpoena | 0.10 | 225.00 | 22.50 |

| 2101517 | 07/09/12 | CEO | Continued work on motion to release funds from state court registry | 0.30 | 225.00 | 67.50 |
| 2102468 | 07/11/12 | CEO | Conference with J. Tabas regarding motion to release funds | 0.10 | 225.00 | 22.50 |
| 2102488 | 07/11/12 | CEO | Review and finalize motion to release funds | 0.10 | 225.00 | 22.50 |
| 2102528 | 07/11/12 | JLT | Review motion to release surplus funds | 0.20 | 525.00 | 105.00 |
| 2103163 | 07/12/12 | CEO | Review/analyze motion to release funds from state court; file motion with state court | 0.70 | 225.00 | 157.50 |
| 2108709 | 07/25/12 | CEO | Review/analyze state court docket regarding hearing on motion to release funds; review finder's motion to release funds and trustee's motion to release funds held by court registry | 0.50 | 225.00 | 112.50 |
| 2110408 | 07/30/12 | JLT | Conference with C. O'Donnell regarding hearing on surplus funds | 0.20 | 525.00 | 105.00 |
| 2110655 | 07/30/12 | CEO | Review/analyze motion to release funds and state court docket relating to foreclosure; review statutes relating to same; legal research regarding same | 1.00 | 225.00 | 225.00 |
| 2110720 | 07/31/12 | JLT | Prepare for and attend hearing on motion to obtain surplus funds | 2.40 | 525.00 | 1,260.00 |
| 2111055 | 07/31/12 | CEO | Conference with J. Tabas regarding motion to release funds and underlying foreclosure | 0.20 | 225.00 | 45.00 |
| 2111057 | 07/31/12 | CEO | Conference with J. Tabas and G. Freeman regarding motion to release funds and underlying foreclosure | 0.20 | 225.00 | 45.00 |
| 2111059 | 07/31/12 | CEO | Plan and prepare for hearing on motion to release funds, including reviewing motion to review of state court docket and documents relating to underlying foreclosure action | 0.70 | 225.00 | 157.50 |

| 2111060 | 07/31/12 | CEO | Attend hearing on motion to release funds held in court registry; obtain certified copy of order granting motion to release funds; provide certified copy to court registry | 1.80 | 225.00 | 405.00 |
| 2111451 | 07/31/12 | GMF | Office conference with J. Tabas and C. O'Donnell regarding investigation of sale transaction | 0.30 | 525.00 | 157.50 |
| 2112069 | 08/02/12 | MCS | Office conference with C. O'Donnell regarding surplus distribution | 0.40 | 325.00 | 130.00 |
| 2131300 | 08/02/12 | CEO | Legal research regarding surplus funds; conference with M. Sarofsky regarding same | 1.00 | 250.00 | 250.00 |
| 2131339 | 08/02/12 | CEO | Review/analyze rules relating to rehearing and appeal | 0.20 | 250.00 | 50.00 |
| 2119804 | 08/07/12 | JLT | Conference with C. O'Donnell regarding asset recovery efforts | 0.30 | 525.00 | 157.50 |
| 2119873 | 08/07/12 | CEO | Review/analyze case law relating to surplus funds; obtain documents from court house relating to foreclosure; review state court documents relating to foreclosure action; conference with J. Tabas regarding same | 1.00 | 225.00 | 225.00 |
| 2122332 | 08/09/12 | CEO | Communicate (in firm) with K. Borrego regarding receipt of surplus funds; prepare and send email to J. Tabas regarding same; receipt and review email from J. Tabas regarding same | 0.30 | 250.00 | 75.00 |
| 2122869 | 08/14/12 | CEO | Communicate (with outside counsel) regarding potential 2004 of debtor and discharge issues | 0.20 | 250.00 | 50.00 |
| 2122873 | 08/14/12 | CEO | Receipt and review e-mail from J. Tabas regarding foreclosure counsel; prepare and send email to J. Tabas regarding same; review foreclosure docket and related documents | 0.30 | 250.00 | 75.00 |
| 2125976 | 08/22/12 | JLT | Review memo regarding recovery of foreclosure surplus | 0.20 | 525.00 | 105.00 |

| 2126102 | 08/22/12 | JLT | Telephone conference with counsel for first mortgage holder | 0.40 | 525.00 | 210.00 |
| 2131262 | 08/22/12 | CEO | Conference with J. Tabas regarding surplus funds | 0.20 | 250.00 | 50.00 |
| 2131263 | 08/22/12 | CEO | Conference with J. Tabas and counsel for first mortgagee regarding foreclosure proceedings | 0.40 | 250.00 | 100.00 |
| 2130481 | 08/31/12 | CEO | Receipt and review e-mail from debtor's counsel regarding status of case | 0.20 | 250.00 | 50.00 |
| 2142161 | 09/11/12 | CEO | Prepare and send e-mail to J. Tabas regarding 2004 examination of debtor | 0.20 | 250.00 | 50.00 |
| 2142162 | 09/11/12 | CEO | Legal research regarding estate's claim to surplus proceeds; analyze case law regarding same | 1.50 | 250.00 | 375.00 |
| 2143524 | 09/13/12 | CEO | Receipt and review e-mail from debtor's counsel regarding status of case; prepare and send email to debtor's counsel regarding dates for 2004; receipt and review email from debtor's counsel regarding same; prepare and send email to debtor's counsel regarding same | 0.30 | 250.00 | 75.00 |
| 2146438 | 09/21/12 | CEO | Receipt and review e-mail from debtor's counsel regarding dates for 2004 | 0.10 | 250.00 | 25.00 |
| 2147580 | 09/25/12 | CEO | Receipt and review e-mail from debtor's counsel regarding 2004; prepare and send email to debtor's counsel regarding same | 0.20 | 250.00 | 50.00 |
| 2158160 | 10/03/12 | CEO | Communicate (other external) with finder's counsel regarding finder's fee | 0.20 | 250.00 | 50.00 |
| 2158161 | 10/03/12 | CEO | Communicate (other external) with finder regarding finder's fee and deposition of debtor | 0.30 | 250.00 | 75.00 |
| 2158162 | 10/03/12 | CEO | Receipt and review e-mail from finder with documents relating to his communicate with debtor | 0.20 | 250.00 | 50.00 |

| 2158163 | 10/03/12 | CEO | Prepare and send email to finder requesting documents relating to his communication with debtor | 0.10 | 250.00 | 25.00 |
|---|---|---|---|---|---|---|
| 2160175 | 10/08/12 | CEO | Receipt and review e-mail from debtor's counsel regarding 2004; prepare and send email to debtor's counsel regarding same | 0.20 | 250.00 | 50.00 |
| 2163057 | 10/12/12 | CEO | Receipt and review e-mail from debtor's counsel regarding 2004; prepare and send email to debtor's counsel regarding same | 0.20 | 250.00 | 50.00 |
| 2163058 | 10/12/12 | CEO | Telephone message left for special agent relating to 2004 | 0.10 | 250.00 | 25.00 |
| 2172704 | 10/15/12 | CEO | Receipt and review e-mail from N. Davis regarding status of case; prepare and send email to N. Davis regarding same | 0.20 | 250.00 | 50.00 |
| 2172710 | 10/15/12 | CEO | Telephone call to agent regarding investigation of debtor | 0.10 | 250.00 | 25.00 |
| 2172721 | 10/15/12 | CEO | Review/analyze and organize documents for 2004 examination of debtor | 0.30 | 250.00 | 75.00 |
| 2164488 | 10/16/12 | CEO | Conference with J. Tabas regarding proceeds from court registry | 0.20 | 250.00 | 50.00 |
| 2164489 | 10/16/12 | CEO | Review/analyze schedules and state court documents relating to Small Business Administration's claim to proceeds | 0.40 | 250.00 | 100.00 |
| 2172748 | 10/17/12 | CEO | Review/analyze documents provided from bank pursuant to subpoena | 0.80 | 250.00 | 200.00 |
| 2165596 | 10/18/12 | CEO | Plan and prepare for 2004 examination of debtor | 1.30 | 250.00 | 325.00 |
| 2165597 | 10/18/12 | CEO | Attend 2004 examination of debtor | 1.10 | 250.00 | 275.00 |
| 2170636 | 10/29/12 | CEO | Receipt and review e-mail from debtor's counsel regarding status | 0.10 | 250.00 | 25.00 |
| 2172325 | 11/01/12 | JLT | Telephone conference with counsel for SBA regarding recoveries | 0.30 | 525.00 | 157.50 |

| 2192939 | 11/15/12 | CEO | Conference with J. Tabas regarding proceeds from foreclosure sale | 0.10 | 250.00 | 25.00 |
|---------|----------|-----|------------------------------------------------------------------|------|--------|-------|
| 2194832 | 12/06/12 | CEO | Review/analyze case law relating to surplus proceeds | 0.30 | 250.00 | 75.00 |
| 2230495 | 02/20/13 | MCS | Office conference with C. O'Donnell regarding foreclosure sale surplus proceeds | 0.20 | 350.00 | 70.00 |
| 2231150 | 02/21/13 | CEO | Telephone message left for SBA | 0.10 | 250.00 | 25.00 |
| 2231151 | 02/21/13 | CEO | Communicate (other external) with counsel for SBA regarding foreclosure and surplus proceeds | 0.70 | 250.00 | 175.00 |
| 2231882 | 02/25/13 | JLT | Conference with C. O' Donnell regarding SBA settlement | 0.20 | 550.00 | 110.00 |
| 2232530 | 02/25/13 | CEO | Conference with J. Tabas regarding conference with SBA regarding surplus proceeds; prepare and send email to J. Tabas regarding same | 0.30 | 250.00 | 75.00 |
| 2232531 | 02/25/13 | CEO | Review/analyze debtor's motion for status conference | 0.10 | 250.00 | 25.00 |
| 2232994 | 02/26/13 | ABS | Office conference with C. O'Donnell regarding finality and appealability or untimeliness of appeal of order on motion to release assets and late filing of proof of claim for preparation for meeting with SBA on settlement | 0.20 | 325.00 | 65.00 |
| 2233263 | 02/26/13 | CEO | Legal research regarding appeal period; review/analyze case law and rules of procedure relating to same | 0.80 | 250.00 | 200.00 |
| 2233264 | 02/26/13 | CEO | Communicate (other external) with A. Goldman from SBA regarding surplus proceeds | 0.40 | 250.00 | 100.00 |
| 2233265 | 02/26/13 | CEO | Prepare and send e-mail to J. Tabas regarding conference with SBA | 0.10 | 250.00 | 25.00 |
| 2233278 | 02/26/13 | CEO | Plan and prepare for conference with J. Tabas and A. Goldman from SBA | 0.30 | 250.00 | 75.00 |

| 2237971 | 03/08/13 | JLT | Review memo regarding asset recovery efforts | 0.20 | 550.00 | 110.00 |
| 2239156 | 03/11/13 | CEO | Attend court hearing on motion for status conference | 0.70 | 250.00 | 175.00 |
| 2242755 | 03/19/13 | CEO | Prepare and send e-mail to SBA regarding proposal for settlement of surplus proceeds; receipt and review emails from SBA regarding status of settlement | 0.30 | 250.00 | 75.00 |
| 2268819 | 03/26/13 | CEO | Communicate (other external) with SBA regarding carve-out; receipt and review emails from SBA regarding same; review/analyze mortgage in favor of SBA | 0.50 | 250.00 | 125.00 |
| 2270765 | 03/28/13 | CEO | Receipt and review e-mail from SBA regarding settlement | 0.10 | 250.00 | 25.00 |
| 2271295 | 03/29/13 | CEO | Receipt and review e-mail from SBA regarding status of settlement agreement; prepare and send email to SBA regarding same | 0.20 | 250.00 | 50.00 |
| 2275698 | 04/05/13 | CEO | Receipt and review e-mail from SBA regarding settlement of surplus proceeds | 0.20 | 250.00 | 50.00 |
| 2275699 | 04/05/13 | CEO | Prepare and send e-mail to J. Tabas regarding settlement of surplus proceeds | 0.20 | 250.00 | 50.00 |
| 2275658 | 04/07/13 | JLT | Review asset analysis and settlement offer | | | NC |
| 2275659 | 04/07/13 | JLT | Review settlement | 0.20 | 550.00 | 110.00 |
| 2276263 | 04/08/13 | CEO | Prepare and send e-mails to J. Tabas regarding SBA's settlement offer; receipt and review emails from J. Tabas regarding same | 0.40 | 250.00 | 100.00 |
| 2277296 | 04/10/13 | CEO | Prepare and send e-mail to debtor's counsel regarding status of settlement with SBA | 0.10 | 250.00 | 25.00 |
| | | | 001 Sub Total | 47.80 | | 14,665.00 |

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| V. J. RADOSEVICH | 0.10 | 175.00 | 17.50 |
| C. E. O'DONELL | 15.70 | 225.00 | 3,532.50 |
| C. E. O'DONELL | 16.80 | 250.00 | 4,200.00 |
| A. B. SIMINOVSKY | 0.20 | 325.00 | 65.00 |
| M. C. SAROFSKY | 0.40 | 325.00 | 130.00 |
| M. C. SAROFSKY | 0.20 | 350.00 | 70.00 |
| M. S. KISH | 5.80 | 400.00 | 2,320.00 |
| M. S. ROHER | 2.00 | 425.00 | 850.00 |
| G. M. FREEDMAN | 0.30 | 525.00 | 157.50 |
| J. L. TABAS | 5.70 | 525.00 | 2,992.50 |
| J. L. TABAS | 0.60 | 550.00 | 330.00 |
| Totals | 47.80 | | 14,665.00 |

**<u>Asset Disposition</u>**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2234452 | 02/28/13 | JLT | Conference with SBA counsel regarding surcharge | 0.70 | 550.00 | 385.00 |
| 2234709 | 02/28/13 | CEO | Conference with J. Tabas and SBA regarding surplus proceeds and surcharge | 0.60 | 250.00 | 150.00 |
| 2234710 | 02/28/13 | CEO | Prepare and send e-mail to A. Goldman at SBA regarding proposal for surcharge | 0.30 | 250.00 | 75.00 |
| 2277966 | 04/11/13 | CEO | Prepare motion for settlement with SBA | 0.40 | 250.00 | 100.00 |
| 2277967 | 04/11/13 | CEO | Telephone message left for A. Goldman at SBA regarding counter-offer | 0.10 | 250.00 | 25.00 |
| 2279783 | 04/16/13 | JLT | Conference with C. O' Donnell regarding SBA | 0.30 | 550.00 | 165.00 |
| 2279995 | 04/16/13 | CEO | Communicate (other external) with SBA regarding settlement | 0.30 | 250.00 | 75.00 |
| 2279997 | 04/16/13 | CEO | Conference with J. Tabas regarding settlement and settlement agreement | 0.30 | 250.00 | 75.00 |
| 2279998 | 04/16/13 | CEO | Continued work on motion for settlement with the SBA and finder | 1.00 | 250.00 | 250.00 |
| 2284426 | 04/17/13 | CEO | Prepare settlement agreement with SBA | 1.00 | 250.00 | 250.00 |

| 2284437 | 04/18/13 | CEO | Review, revise, and finalize settlement agreement with SBA; review, revise, and finalize motion to approve settlement with SBA and for payment of finder's fee | 1.50 | 250.00 | 375.00 |
| 2285751 | 04/23/13 | CEO | Continued work on review and revisions of settlement agreement with SBA; review and finalize motion to approve settlement with SBA and for payment of finder's fee | 0.20 | 250.00 | 50.00 |
| 2285752 | 04/23/13 | CEO | Prepare and send e-mail to A. Goldman at SBA with documents (x 2); receipt and review email from A. Goldman regarding same (x 2) | 0.40 | 250.00 | 100.00 |
| 2287802 | 04/29/13 | CEO | Receipt and review e-mail from debtor's counsel regarding status of settlement with SBA; prepare and send email to debtor's counsel regarding same | 0.20 | 250.00 | 50.00 |
| 2288263 | 04/30/13 | CEO | Prepare and send e-mail to A. Goldman at SBA regarding settlement agreement | 0.10 | 250.00 | 25.00 |
| 2293684 | 05/09/13 | CEO | Receipt and review telephone message from finder's counsel; communicate with finder's counsel regarding status of case | 0.20 | 250.00 | 50.00 |
| 2293685 | 05/09/13 | CEO | Prepare and send e-mail to A. Goldman regarding settlement agreement and motion; communicate with A. Goldman (x 2) regarding settlement agreement and motion | 0.60 | 250.00 | 150.00 |
| 2294893 | 05/14/13 | JLT | Review memo regarding SBA settlement | 0.20 | 550.00 | 110.00 |
| 2295347 | 05/14/13 | CEO | Prepare and send e-mail to J. Tabas regarding issues with settlement agreement with SBA; receipt and review email from J. Tabas regarding same | 0.20 | 250.00 | 50.00 |
| 2295928 | 05/15/13 | CEO | Review and finalize motion to approve settlement with SBA; telephone message left for A. Goldman regarding motion; | 0.50 | 250.00 | 125.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | receipt and review telephone message from A. Goldman regarding same; file same | | | |
| 2297172 | 05/17/13 | CEO | Prepare and send e-mail to finder's counsel with analysis of case law supporting settlement with SBA; telephone call to counsel regarding same | 0.50 | 250.00 | 125.00 |
| 2302932 | 05/20/13 | CEO | Conference with finder's counsel regarding objection to settlement with SBA; review/analyze statute and case law relating to finder's position | 0.80 | 250.00 | 200.00 |
| 2299009 | 05/22/13 | CEO | Prepare and send e-mail to SBA regarding potential issues with settlement | 0.20 | 250.00 | 50.00 |
| 2299637 | 05/23/13 | CEO | Receipt and review e-mail from SBA regarding hearing on motion to approve settlement | 0.10 | 250.00 | 25.00 |
| 2300614 | 05/28/13 | CEO | Review/analyze objection to motion to compromise controversy with SBA | 0.20 | 250.00 | 50.00 |
| 2302236 | 05/30/13 | CEO | Receipt and review e-mail from counsel for SBA regarding objection to settlement; prepare and send email to A. Goldman regarding same | 0.20 | 250.00 | 50.00 |
| 2302218 | 05/31/13 | CEO | Conference with counsel for SBA regarding objection to settlement | 0.60 | 250.00 | 150.00 |
| 2311182 | 06/05/13 | CEO | Communicate (other external) with counsel for SBA regarding hearing on motion to approve settlement and objection to same | 0.30 | 250.00 | 75.00 |
| 2313288 | 06/10/13 | CEO | Plan and prepare for hearing on motion to approve settlement and to pay finders fee and objection to same | 0.40 | 250.00 | 100.00 |
| 2313289 | 06/10/13 | CEO | Attend court hearing on motion to approve settlement with SBA and to pay finder's fee and objection to same; conference with finder's counsel prior to hearing on same | 0.50 | 250.00 | 125.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2313307 | 06/10/13 | CEO | Conferences with J. Tabas prior to hearing and after hearing | 0.20 | 250.00 | 50.00 |
| 2314098 | 06/11/13 | CEO | Prepare order denying finder's motion to intervene; prepare order granting motion to settle with SBA and to pay finders fee | 0.40 | 250.00 | 100.00 |
| 2314107 | 06/11/13 | CEO | Receipt and review e-mail from SBA's counsel regarding payment | 0.10 | 250.00 | 25.00 |
| 2315968 | 06/17/13 | CEO | Receipt and review e-mail from finder's counsel regarding delivery of payment | 0.10 | 250.00 | 25.00 |
| | | | 002 Sub Total | 13.70 | | 3,785.00 |

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| C. E. O'DONELL | 12.50 | 250.00 | 3,125.00 |
| J. L. TABAS | 1.20 | 550.00 | 660.00 |
| Totals | 13.70 | | 3,785.00 |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1896241 | 08/26/11 | JLT | Review second agreed ex parte motion to extend time to file objection to exemptions and discharge | 0.10 | 525.00 | 52.50 |
| 1906183 | 08/27/11 | JLT | Review order on motion to extend time to file objection to discharge | 0.10 | 525.00 | 52.50 |
| 1914366 | 09/29/11 | MSK | Communicate (with outside counsel) J. Grant regarding extension of 727 date and regarding outstanding issues of objection to claimed exemptions and valuation of debtor's personal property; prepare agreed motion and order continuing 727 date and agreed order sustaining objection to exemptions | 0.80 | 400.00 | 320.00 |
| 1916240 | 09/30/11 | JLT | Review motion to extend time to file section 727 complaint | 0.10 | 525.00 | 52.50 |
| 1922679 | 10/04/11 | JLT | Review order on motion to extend time to file section 727 complaint | 0.10 | 525.00 | 52.50 |

| 2055388 | 05/03/12 | VJR | Review docket and prepare and send e-mail to K. Valcarcel to withdraw RND | 0.10 | 175.00 | 17.50 |
| 2055393 | 05/03/12 | VJR | Receipt and review email from debtor's counsel regarding case administration and conference with M. Roher regarding same | 0.20 | 175.00 | 35.00 |
| 2070445 | 05/04/12 | CEO | Prepare motion to pay finder's fee; legal research regarding finder's fee; receipt and review finder's affidavit; file motion | 1.60 | 225.00 | 360.00 |
| 2060839 | 05/08/12 | CEO | Receipt and review e-mail from finder regarding hearing; prepare and send email regarding date of hearing | 0.20 | 225.00 | 45.00 |
| 2069757 | 05/31/12 | CEO | Review docket and motion for payment of finder's fee | 0.30 | 225.00 | 67.50 |
| 2070933 | 06/04/12 | CEO | Plan and prepare for hearing on motion to pay finder's fee; communicate with J. Tabas; communicate with UST | 0.40 | 225.00 | 90.00 |
| 2070937 | 06/04/12 | CEO | Attend court hearing on motion to pay finder's fee; conference with debtor's counsel following hearing | 0.60 | 225.00 | 135.00 |
| 2070938 | 06/04/12 | CEO | Conference with J. Tabas regarding motion to pay finders fee, discharge, a 7030 examination, and subpoenas | 0.30 | 225.00 | 67.50 |
| 2082619 | 06/11/12 | CEO | Prepare order on motion to pay finders fee | 0.20 | 225.00 | 45.00 |
| 2082620 | 06/11/12 | CEO | Communicate (other external) with courtroom deputy regarding continuation of hearing on motion to pay finders fee | 0.20 | 225.00 | 45.00 |
| 2091432 | 06/29/12 | CEO | Conference with J. Tabas regarding hearing on motion to pay finder's fee | 0.20 | 225.00 | 45.00 |
| 2091433 | 06/29/12 | CEO | Communicate (other external) with UST regarding motion to pay finder's fee and revocation of discharge | 0.20 | 225.00 | 45.00 |

| 2091748 | 07/02/12 | JLT | Conference with C. o'Donnell regarding 503b3 motion | 0.20 | 525.00 | 105.00 |
|---|---|---|---|---|---|---|
| 2111865 | 07/02/12 | CEO | Plan and prepare for hearing on motion to pay finders fee | 0.80 | 225.00 | 180.00 |
| 2111866 | 07/02/12 | CEO | Attend court hearing on motion to pay finders fee | 0.60 | 225.00 | 135.00 |
| 2092576 | 07/03/12 | CEO | Review/analyze documents relating to motion for relief from stay and order granting same | 0.20 | 225.00 | 45.00 |
| 2111927 | 07/18/12 | CEO | Receipt and review fax from finder's counsel regarding motion to pay finders fee | 0.30 | 225.00 | 67.50 |
| 2109428 | 07/26/12 | CEO | Communicate (other external) with counsel for finder regarding motion to pay finders fee | 0.30 | 225.00 | 67.50 |
| 2227701 | 02/12/13 | CEO | Receipt and review e-mail from debtor's counsel regarding status of case; prepare and send email to debtor's counsel regarding same | 0.20 | 250.00 | 50.00 |
| 2230106 | 02/19/13 | CEO | Communicate (with outside counsel) regarding status of case; place order for hearing transfers for hearing on motion to pay finders fee | 0.20 | 250.00 | 50.00 |
| 2233178 | 02/26/13 | JLT | Review memo from C O'Donnell regarding surplus funds issues | 0.10 | 550.00 | 55.00 |
| 2235817 | 03/04/13 | JMA | Receipt and review transcript from hearing sent by court reporter; review for case manager and forward on | 0.10 | 250.00 | 25.00 |
| 2236151 | 03/04/13 | CEO | Receipt and review hearing transcript from hearing on motion to pay finders fee | 0.20 | 250.00 | 50.00 |
| 2237894 | 03/07/13 | CEO | Communicate (with outside counsel) regarding hearing on status conference; receipt and review email from debtor's counsel regarding same | 0.20 | 250.00 | 50.00 |
| 2271970 | 03/08/13 | CEO | Receipt and review e-mail from J. Tabas regarding status conference; prepare and send email to J. Tabas regarding same; | 0.80 | 250.00 | 200.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | prepare and send emails to SBA for status update; receipt and review emails from SBA regarding same | | | |
| 2279996 | 04/16/13 | CEO | Communicate (other external) with finder's counsel regarding finder's fee (x2) | 0.20 | 250.00 | 50.00 |
| 2295348 | 05/14/13 | CEO | Communicate (with outside counsel) regarding status of case | 0.20 | 250.00 | 50.00 |
| 2297171 | 05/17/13 | CEO | Receipt and review e-mail from J. Tabas regarding finder's counsel issues with settlement; review/analyze file and case law relating to same; prepare and send email to J. Tabas regarding same | 0.50 | 250.00 | 125.00 |
| 2298704 | 05/22/13 | JLT | Review memo to counsel for claimant regarding administrative fee | 0.20 | 550.00 | 110.00 |
| 2299006 | 05/22/13 | CEO | Receipt and review demand letter from finder's counsel; conference with J. Tabas regarding same | 0.30 | 250.00 | 75.00 |
| 2299007 | 05/22/13 | CEO | Prepare and send e-mail to R. Kroop regarding finder's new counsel; receipt and review email from R. Kroop regarding same | 0.20 | 250.00 | 50.00 |
| 2299008 | 05/22/13 | CEO | Review/analyze case law, correspondence, and pleadings relating to finder's assertion that the SBA is not entitled to proceeds | 1.00 | 250.00 | 250.00 |
| 2299026 | 05/22/13 | CEO | Prepare and send e-mail to finder's counsel in response to demand letter | 0.70 | 250.00 | 175.00 |
| 2321711 | 06/06/13 | CEO | Receipt and review e-mail from counsel for SBA regarding final judgment of foreclosure; prepare and send email to SBA regarding same | 0.20 | 250.00 | 50.00 |
| 2315509 | 06/14/13 | CEO | Prepare and send e-mail to finder's counsel regarding payment; receipt and review email from finder's counsel regarding same | 0.20 | 250.00 | 50.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2317676 | 06/20/13 | CEO | Communicate (other external) with finder's counsel regarding delivery of payment; prepare and send email to K. Borrego and L. Shortino regarding payment and fee application; communicate with L. Shortino regarding fee application | 0.30 | 250.00 | 75.00 |
| 2318384 | 06/21/13 | CEO | Prepare and send e-mail analysis of case to L. Shortino for fee application | 0.20 | 250.00 | 50.00 |
| 2321523 | 06/27/13 | CEO | Communicate (other external) with finder regarding delivery of payment (x 3); communicate with K. Borrego regarding payment to finder (x 2); prepare receipt for finder; meeting with finder to accept payment | 0.50 | 250.00 | 125.00 |
| 2331873 | 07/05/13 | CEO | Receipt and review letter from finder's counsel regarding potential litigation against estate; legal research regarding contracts between trustee and third-party requiring court approval; prepare and send email to J. Tabas regarding letter threatening lawsuit | 0.70 | 250.00 | 175.00 |

004 Sub Total                                    15.30                    4,017.50

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| V. J. RADOSEVICH | 0.30 | 175.00 | 52.50 |
| C. E. O'DONELL | 6.40 | 225.00 | 1,440.00 |
| C. E. O'DONELL | 6.80 | 250.00 | 1,700.00 |
| J.M. ARCE | 0.10 | 250.00 | 25.00 |
| M. S. KISH | 0.80 | 400.00 | 320.00 |
| J. L. TABAS | 0.60 | 525.00 | 315.00 |
| J. L. TABAS | 0.30 | 550.00 | 165.00 |
| Totals | 15.30 | | 4,017.50 |

**Fee/Employment Applications**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1876943 | 07/21/11 | JLT | Review trustee's application to employ attorneys to represent the trustee | 0.10 | 525.00 | 52.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1881387 | 07/27/11 | JLT | Review order on application to employ | 0.10 | 525.00 | 52.50 |
| 2055727 | 05/04/12 | JLT | Conference with C. O'Donnell regarding contingent fee agreement | 0.30 | 525.00 | 157.50 |
| 2317943 | 06/21/13 | LMS | Review and revise proforma in preparation of final fee application | 0.70 | 185.00 | 129.50 |
| 2332562 | 07/09/13 | LMS | Prepare interim (final) fee application, narratives and exhibits | 2.20 | 185.00 | 407.00 |
| | | | 007 Sub Total | 3.40 | | 799.00 |

| Fee Summary | Hours | Rate | Amount |
|---|---|---|---|
| L. M. SHORTINO | 2.90 | 185.00 | 536.50 |
| J. L. TABAS | 0.50 | 525.00 | 262.50 |
| Totals | 3.40 | | 799.00 |

| | | | |
|---|---|---|---|
| Total Fees | | 80.20 | 23,266.50 |